IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 14 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 4:06cr16WS

ANDREW STOKES

ORDER TRANSFERRING CAUSE
FOR DISPOSITION

CAME ON TO BE HEARD the motion *Ore Tenus* of the United States to transfer the above styled and numbered cause to the criminal calendar of Honorable William H. Barbour, Jr., since this issue involves substantially the same parties, same attorneys, and similar factual circumstance to that found in Criminal Cause No. 4:06cr7BS, and will allow for the exercise of judicial economy and the orderly disposition of both matters at one sitting before the judicial officer already having jurisdiction of Criminal Cause No. 4:06cr7BS, and having further been advised that the defendant approves the transfer of this cause, it is, therefore

ORDERED

that the criminal indictment filed in Cause No. 4:06cr16WS and styled *United States of America v. Andrew Stokes*, shall be transferred to the criminal calendar of Judge Barbour for disposition according to law on this, the 13th Day of June, 2006.

_____
HENRY T. WINGATE
Chief United States District Judge