IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 4:06cr16HTW-JCS-001 |
| ) | |
| ANDREW STOKES ) | |

## ORDER TO DISMISS PETITION 12C AND WARRANT FILED SEPTEMBER 1, 2009

This Cause is before the Court on a Motion from the United States Probation Office to dismiss the Warrant, Petition 12C filed September 1, 2009, on the above defendant and criminal number. The Probation Office respectfully moves for a dismissal as this case is assigned to William H. Barbour Jr., 4:06cr16WHB-JCS-001 and a warrant issued under Docket Number 4:06cr16WHB-JCS-001 has been executed, heard, and adjudicated. The Court finds the motion by the U.S. Probation Office is well taken, and dismisses the warrant filed under case number 4:06cr16HTW-JCS-001 without prejudice.

SO DATED, this the 9th day of September, 2009.

s/ HENRY T. WINGATE

HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE